UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME SALDANA,

                Plaintiff,

-against-                  24-CV-34 (JGLC)

SONNIER & CASTLE BY RHUBARB LLC,       **ORDER OF REMAND**
DEREK HUNT and DAVID EDWARDS,

                Defendants.

JESSICA G. L. CLARKE, United States District Judge:

    On January 3, 2024, Defendant filed a notice of removal of this action from the Supreme Court of New York, Bronx County, asserting removal was proper on the basis of diversity jurisdiction. *See* ECF No. 1.

    On January 8, 2024, the Court ordered Defendant to show cause in writing by January 12, 2024 why this case should not be remanded to state court due to Defendant's failure in the notice of removal to allege facts adequate to establish that the amount in controversy exceeds the jurisdictional amount. The Court warned that if Defendant did not show good cause – or file anything – by January 12, 2024, the Court would remand the case. *Id*. Defendant did not file anything by the deadline.

    In light of the foregoing, it is hereby ORDERED that the case is remanded to the Supreme Court of New York, Bronx County. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: February 2, 2024
       New York, New York

                                            *Jessica Clarke*
                                            JESSICA G. L. CLARKE
                                            United States District Judge